Filed 3/4/21  P. v. Burke CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br> DEBRA BURKE,<br><br>    Defendant and Appellant. | 2d Crim. No. B306419<br>(Super. Ct. No CR16935)<br>(Ventura County) |

Debra Burke appeals an order denying her petition for resentencing under Penal Code section 1170.95.

We appointed counsel to represent Burke on this appeal. After examination of the record, her counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.

On January 21, 2021, we sent notice to Burke of her right to file a supplemental brief containing any contention she wished us to consider.  She did not file a supplemental brief.

After examination of the record, we are satisfied that no arguable issues exist.  (*People v. Wende*, *supra*, 25 Cal.3d at pp. 441, 443.)

We affirm the order.

NOT TO BE PUBLISHED.

GILBERT, P. J.

We concur:

YEGAN, J.

TANGEMAN, J.

2

David M. Hirsch, Judge

Superior Court County of Ventura

_____

Jennifer A. Mannix, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.